RECEIVED
IN ALEXANDRIA, LA.

MAR 0 2 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRY ALLEN PATTERSON<br>FED. REG. # 03779-078<br>VS. | CIVIL ACTION NO. 09-1957<br>SECTION P<br>JUDGE DRELL |
| WARDEN JOE KEFFER, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's FTCA complaint be **DISMISSED WITH PREJUDICE** because he has sued a defendant who is immune from suit; and that his <u>Bivens</u> complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2nd day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE